UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LYNN HAMILTON, | No. 2: 16-cv-0967 KJN P |
| Plaintiff, |  |
| v. | ORDER |
| SHASTA COUNTY, et al., |  |
| Defendants. |  |

Plaintiff is proceeding, without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2016, plaintiff's claim for damages was stayed pending resolution of plaintiff's criminal charges. (ECF No. 8.) Plaintiff has not notified the court of the resolution of his criminal charges.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a status report addressing the status of his criminal charges.

Dated: October 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ham967.sta(3)

1